**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 14, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00488-CV

———————

### IN RE LEXINGTON INSURANCE CO., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rdDistrict Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-22372**

## M E M O R A N D U M   O P I N I O N

On May 21, 2012, relator filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asked this court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to set aside her order signed December 27, 2011.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Justices Boyce, Christopher and Jamison.